# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Charles Hoffman**

Case Number: **2:17CR00036**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **January 23, 2018**

Original Offense: **Escape from Custody**

Original Sentence: **18 Months Prison, followed by 36 Months TSR**

Date Supervision Commenced: **December 14, 2018**

Date of Prior Revocation: **June 4, 2019**

Revocation Sentence: **8 Months Prison, followed by 28 Months TSR**

Date Supervision Commenced: **November 22, 2019**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To issue a warrant

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Substance Abuse Treatment – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).**

    Hoffman was evaluated on February 5, 2020 for substance abuse with Bridge Counseling Associates. However, he failed to attend his treatment sessions on: March 2, 2020, March 5, 2020, March 16, 2020, March 12, 2020, March 18, 2020, March 19, 2020, March 20,

RE: Charles Hoffman

2020, March 27, 2020 and March 31, 2020. He was discharged from Bridge on April 6, 2020, due to his non-compliance.

To work with Hoffman, he was allowed to return to the program. However, after re-enrollment he missed the following sessions: April 14, 2020, April 16, 2020, April 23, 2020, April 24, 2020, May 6, 2020, May 7, 2020, and May 8, 2020; and he was discharged again on May 11, 2020.

2. **Refrain From Unlawful Use of Controlled Substance - The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.**

On November 25, 2019, Hoffman was enrolled with our local drug testing provider at Westcare. Hoffman had a stall on December 2, 2019 and failed to report to drug testing on February 25, 2020, April 30, 2020, May 15, 2020, May 26, 2020, May 29, 2020, June 14, 2020, June 29, 2020, and July 3, 2020.

Hoffman tested positive for methamphetamine on December 12, 2019, February 26, 2020, and May 1, 2020.

3. **Do Not Unlawfully Possess Controlled Substance - You must not unlawfully possess a controlled substance.**

As alleged in allegation #2, Hoffman was in illegal possession of methamphetamine as he tested positive on December 12, 2019, February 26, 2020, and May 1, 2020.

4. **Do Not Commit Another Crime - You must not commit another federal, state or local crime.**

On April 4, 2020, Hoffman was arrested by the Las Vegas Metropolitan Police Department for Trafficking a schedule I Controlled Substance, FLNTRZPM/GBH 4-14 grams, in violation of NRS 453.3385.1A; and a probation violation NRS 176A.500 as Hoffman is under state supervision as well.

RE: Charles Hoffman

Prob12C
D/NV Form
Rev. March 2017

5. **Report Law Enforcement Contact** - **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

   On March 12, 2020, Hoffman was cited by the Las Vegas Metropolitan Police Department for Basic Speeding Violation - 11-20 miles over posted speed limit, in violation of NRS 484B.600; and Driving Without a License, in violation of NRS 483.550. Hoffman failed to report law enforcement contact to the U.S. Probation Office within 72 hours.

   On April 4, 2020, Hoffman was arrested by the Las Vegas Metropolitan Police Department for Trafficking a Schedule I Controlled Substance, FLNTRZPM/GBH 4-14 grams, in violation of NRS 453.3385.1A; and a Probation Violation NRS 176A.500 as Hoffman is under state supervision as well. On April 6, 2020, Hoffman was sentenced to Traffic School – 5-hour requirement and a financial assessment of $536.00. Hoffman failed to notify the U.S. Probation Office within 72 hours.

   On April 21, 2020, Hoffman was cited for Driving Without a License, in violation of NRS 483.550. Hoffman failed to notify the U.S. Probation Office within 72 hours.

6. **Follow Instructions of Probation Officer - You must follow the instructions of the probation officer related to the conditions of supervision.**

   On January 25, 2020, Hoffman was discharged from the Residential Re-Entry Center (RRC) as he left without permission. Hoffman failed to follow the instructions of the court and this writer as to the requirements of the RRC.

   On May 29, 2020, this writer conducted an unannounced home visit and no contact was established. Hoffman was called via telephone and electronically messaged that this writer was outside his residence and for him to answer the door. To date, Hoffman has failed to contact this writer and has stopped submitting his monthly supervision reports; the last one received was for the month of February 2020.

RE: Charles Hoffman

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **July 10, 2020**

Margarita Hernandez Powell
2020.07.10
12:18:27 -07'00'

Margarita Hernandez Powell
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2020.07.10 11:55:19 -07'00'

Brian Blevins
Supervisory United States Probation Officer

***THE COURT ORDERS***

☐   No Action.
☒   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

Signature of Judicial Officer

7/10/2020
Date

RE: Charles Hoffman

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. CHARLES HOFFMAN, 2:17CR00036

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### July 10, 2020

By way of case history, on May 27, 2015, the Honorable James C. Mahan sentenced Hoffman to 51 months imprisonment, followed by 36 months of supervised release for committing the offense of Felon in Possession of a Firearm (Case 2:13-CR-00310). While serving the remainder of his Bureau of Prisons (BOP) time at the RRC, on November 27, 2016, Hoffman left the RRC without permission and was placed on "escape status". On January 23, 2018, Your Honor sentenced Hoffman to 18 months imprisonment, followed by 36 months of supervised release for committing the offense of Escape from Custody. On December 14, 2018, Hoffman commenced supervision in the District of Nevada.

On March 26, 2019, Your Honor ordered a modification to Hoffman's conditions to include residing at the RRC for a period of up to seven months, as well as participation in the C.A.R.E. Program. On April 3, 2019, Hoffman commenced the C.A.R.E. Program. However, due to Hoffman's continued use of illegal substances, failure to abide by the C.A.R.E. program requirements, and failure to follow the courts instructions, his supervision was revoked, and he was sentenced to eight months custody followed by a 28-month Term of Supervised Release.

After re-commencing his second term of supervised release, Hoffman began exhibiting signs of non-compliance as outlined in this petition. After being evaluated by our treatment provider, Hoffman was scheduled to attend individual therapy sessions once a week for a period of 12 weeks, attend intensive outpatient groups three times a week due to his drug usage. However, Hoffman failed to comply with his treatment program as he missed individual treatment sessions and intensive outpatient treatment sessions as well. After Hoffman's unsuccessful discharge, the United States Probation Office requested he be allowed to return to the program. Hoffman was granted another opportunity, but he continued to miss his sessions and thus was unsuccessfully discharged again on May 11, 2020, for failure to participate.

To date, Hoffman has failed to contact this writer and has stopped submitting his monthly supervision reports; the last one received was for the month of February 2020.

Hoffman has incurred new law violation and has failed to inform this writer of police contact within 72 hours. Currently, Hoffman in in severe violation status and his whereabouts are unknown.

**RE: Charles Hoffman**

Prob12C
D/NV Form
Rev. March 2017

Even though Hoffman was granted another opportunity by Your Honor, he has not taken advantage of the opportunities afforded to him by the Court. The undersigned officer recognizes that Hoffman has a severe substance abuse addiction; however, based upon his actions as outlined in this petition, he is not amenable to following instructions or learning/applying the skills needed for his success. At this time, the United States Probation Office is requesting a warrant be issued for his arrest.

Respectfully submitted,

Margarita Hernandez Powell
2020.07.10 12:18:51 -07'00'

Margarita Hernandez Powell
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2020.07.10 11:55:46 -07'00'

Brian Blevins
Supervisory United States Probation Officer